UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

| | | |
|---|---|---|
| In re: | : | Case No. 20-20204 |
| Peter Tittle | : | |
| | : | Chapter 7 |
| Debtor | : | |
| | : | Judge Wise |
| | : | |
| | : | **VERIFICATION OF SSN AFFIDAVIT** |

**SOCIAL SECURITY NUMBER VERIFICATION**
**AFFIDAVIT OF DANIELLE L. LAWRENCE**

Comes now the Affiant, Danielle L. Lawrence, and after being duly sworn states as follows:

1. My name is Danielle L. Lawrence.
2. My business address is 2500 Chamber Center Dr. Suite 300, Ft. Mitchell, KY 41017.
3. I am the attorney for Peter Tittle.
4. I have reviewed the original documentation in the form of a Social Security card issued to Peter Tittle as well as the PDF documents filed in his Chapter 13 case, including the Petition and Form 121.
5. The Social Security Number on the documents matches the number on the Debtor's Social Security Card.
6. Therefore, the Social Security number entered into the ECF system during electronic filing was entered in error and is incorrect. The Social Security number in the ECF system should be corrected to match the number on Form 121.

FURTHER AFFIANT SAYETH NAUGHT.

*[Signature]*
Danielle L. Lawrence (KY-96530)

**COMMONWEALTH OF KENTUCKY**
**COUNTY OF KENTON**

SUBSCRIBED, SWORN TO AND ACKNOWLEDGED before me, a Notary Public, on this 21 day of February, 2020.

*[Signature] Jaimie Gabelman Hagedorn*
Notary Public – State At Large  # 574993
My Commission Expires: 3-6-2021